First Department, May Term, 1883.

Florence M. De Meli, *Respondent, v.* Henry A. De Meli, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Edward Schell, *as Trustee, etc., Respondent, v.* Theodore Y. Brown, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Lena Mannheimer, *Respondent, v.* Siegfred Mannheimer, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Alexander P. McCue. — Motion granted, with ten dollars costs.

In the Matter of Opening Seventy-fourth Street. — Motion denied.

John Van Roy, *Respondent, v.* Clara Morris Harriott, *Appellant.* — Case allowed to be resubmitted.

George F. Gantz and others, *Respondents, v.* John W. Holgate, *Appellant.* — Reargument ordered. Opinion *Per Curiam.*

In the Matter of J. Harsen Rhoades. — Order affirmed, with ten dollars costs and disbursements.

John I. Lawrence and others, *Trustees, Appellants, v.* Charles Kohlman, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

In the Matter of John C. Bray. — Order affirmed, with ten dollars costs and disbursements.

William I. Chase and another, *Appellants, v.* Nelson Chase and others, *Appellants.* Henry Newman, *Purchaser, Respondent.* — Order affirmed, with ten dollars costs and disbursements.

Patrick Rafferty, *Executor, etc., Appellant, v.* Alice L. Donohue, *Respondent.* — Judgment affirmed, without costs. Opinion by Daniels, J.

Alfonso Garofalo, *Respondent, v.* Guiseppe Errico and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements.

Anna Lally, *Appellant, v.* Samuel H. Everett, *Respondent.* — Judgment affirmed.

The Schenectady Stove Company, *Respondent, v.* Charles Holbrook and others, *Appellants.* — Judgment affirmed.

William I. Chase and another, *Respondents, v.* Nelson Chase and others, *Respondents.* Marcus L. Stieglitz, *Purchaser, Appellant.* — Order reversed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Nelson B. Killmer, *Appellant, v.* The New York Central and Hudson River Railroad Company, *Respondent.* — Judgment affirmed.